UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SHAWN CANADA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER DAVIS, STEPHEN MONTY, CHRIS NEWLIN, TWIN TOWN STAFF, ROGER CARR, OLMSTEAD CORRECTIONS STAFF, ROBYN WOOD, ALEX BUNGER, PAUL FLESSNER, SARAH SOMMER, COMMISSIONER PAUL SCHNELL of the Minnesota Department of Corrections, and DOUG NELSON,<br><br>Defendants. | Civil No. 21-2186 (JRT/HB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS** |

Shawn Canada, OID# 233817, MCF Faribault, 1101 Linden Lane, Faribault, MN 55021, *pro se* plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer, and after an independent review of the files, records, and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that**:**

1. Plaintiff's Application to Proceed *In Forma Pauperis* [ECF No. 3] is

    **GRANTED**;

2. Plaintiff's Complaint [ECF No. 1] is **DISMISSED** for failure to state a claim

    under 28 U.S.C. § 1915A(b); and

3.  Plaintiff's Motion for an Evidentiary Hearing [ECF No. 5] and his Motion for a Civil Action [ECF No. 6] are **DENIED** as moot.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: February 15, 2022
at Minneapolis, Minnesota

          s/ John R. Tunheim
          JOHN R. TUNHEIM
          Chief Judge
          United States District Court